United States District Court of Massachusetts        Page 1 of 3        Case No.

Michael Sullivan
Plaintiff
V
The
Defendant Waltham Police Officer D M Hart 9361, Reviewing Officer Mele A, Approving Officer J Guigno 7230

Emergency Motion: Complaint, petition or declaration-Allegation-Failure to enforce the law, maintain the peace, and arrest persons committing offenses.

1. Plaintiff Michael Sullivan resident of Waltham filed a complaint with Waltham Police officer DM Hart on August 8 2014 in the Waltham Police Department, that was review by officer A Mele and approved by officer J Giugno. Exhibit A, police report

**2. The defendants, violated plaintiff's civil rights, 42 U.S.C. A. 1981 equal rights under the law: 42 U.S.C. A. 1983 Civil Actions Deprivation of Rights. 42 U.S.C.A 1985 A Conspiracy to interfere with civil rights. 42 U.S.C. A.1986. Action for neglect to prevent. My First Amendment Rights. Massachusetts Declaration of Rights:** M.G.L.A. Const. Pt. 1, Art. 1 M.G.L.A. Const. Pt. 1, Art. VII M.G.L.A. Const. Pt. 1, Art. VIII M.G.L.A. Const. Pt. 1, Art. 11 M.G.L.A. Const. Pt. 1, Art. 13 M.G.L.A. Const. Pt. 1, Art. 13

3. I am sending emails to around 25 national union's leaders of the AFL-CIO in Washington D, C that get forward to union members, family and friends in every state. I have had constituents call Congress on numerous issues over the past few years. This is what give Senator Bernie Sanders his base of support as he received all my return emails. Please see Exhibit B list of unions and organization receiving my emails.

4. I have sent over hundred emails since November 2012 calling for a new monetary system, and other emails sensitive to national security, also exposing the Wall Street Bailout of 29 trillion dollars. Exhibit C The full report as at this link http://www.levyinstitute.org/pubs/wp_698.pd

5 In some emails I requested citizens to run for Congress in 2016 that will support United States Constitution Article I Section VIII. George Washington treasury secretary Alexander Hamilton embedded an economic program that was implemented under George Washington Administration, John Q Adams, Abraham Lincoln and Franklin D Roosevelt.

6. April 19 2017 PBS News House Scientist dive into the political fray: reported over 3000 thousands scientist have sing up for candidate classes, they receive my emails through aaas.org. PBS News hour reported that 11,000 women have sign up for candidate classes. Most of them probable get me emails but none of these Individuals can contact me. Senator Sanders receive all my email returns.

7. On August 8 2014 the plaintiff Michael Sullivan requested that the Waltham Police Hart investigate the Federal Bureau of Investigation and U. S intelligence agencies continuous physiological war on me. Exhibit A

8 The FBI in coordination with U.S intelligence agency, including the United States Military are conducted constant physiological war on me since February 15 2013, before this date the US intelligence agency were conducting operations against me.

9. The plaintiff Michael Sullivan requested the Waltham Police to investigate the United States Air Force hover a jet over my house in Waltham for 3-5 minutes on two different occasions at 3:00 am morning. Exhibit A: Police report, mentions my request to investigate the military flying a jet over my house.

10 Police Officer Hart suggested to leave the jet out of the police report, once I mention it.

11 The Waltham police stations must have login complaints from my neighbors. The jet was extremely loud and very low in densely populated neighborhood that could have awaken over 100 neighbors

12.I also reported to Police officer DM Hart that the FBI contacted everybody I ever knew to tell them what to say to me. The FBI instructed people what to say or do to me in every store, library or anyplace that I visited to keep me under constant physiological war on me. I currently at Bentley Library in Waltham 781 891 2300 where the staff is instructed to do an unbelievable amount of minuscule distraction to me daily, this excludes people the FBI has in the library.

13. The Plaintiff Michael Sullivan inform the defendant Waltham police officer Hart that my life was in danger for sending out emails on a new monetary system and the financial bailout of 2007. Officer Hart as why that puts your life in danger and I told the officer people are making money on the current monetary system.

14 The Defendants compounded my civil rights violation by not investigating my complaint against the U.S intelligence agencies constant psychological war on me.

15. The Defendants intensified my civil rights violation by writing in the police report: "highly agitated and even slightly foaming saliva." "Due to Sullivan's significantly paranoid behavior, and fragile state, I agree to submit a report for him." DM Hart also wrote: I spoke with Katie Gorham about my concern over SULLIVAN'S metal state, most specifically his paranoia. A copy of this report was place in her mailbox. See police report Exhibit A

16 The plaintiff has suffered deterioration of psychological state of mind under constant physiological war that increase with threat of being place into mental health facility by asking the Waltham Police for help.

17. The decline of my state of mind is evident in how long it took me to file a complaint against Officer DM Hart in Middlesex Superior Court October 19 2016. I didn't file a complaint with the FBI Chelsea Massachusetts office until the last week of November 2016. I didn't file this complaint in United States District Court Massachusetts until the second week of June 2017. It took me four years to file a legal complaint because of the constant physiological war on me.

18 Exhibit D Hospital bill. I had to go to the emergency room October 12 2016 and January 2 2017 at 2:00 Am in the morning from problems breathing and stress. I have consulted with my family Dr. Heng Soon Tan at Brigham & Womens Newton Corner over 2 or 3 years ago about the Federal government constant physiological war on me. Another morning I went out for a ride because I couldn't sleep a tractor-trailer on almost rear-end me on 128 as I was driving to slow.

20. The plaintiff did adequately represent myself before in Waltham District Court in 2005 John Higgins vs Michael Sullivan up until the jury trial. Case No. 04551CV667

21. The plaintiff loss significant political contribution as Senator Sanders receive all my email returns that easily goes into 100,000s and probable goes into millions of people.

22. The plaintiff lost rental income as I used to rent to software developers from India but I stop in 2013 as these individuals were working for U. S Intelligence agencies was place in my house to disrupt my life as much as possible.

23. The plaintiff request the United States District Court of Massachusetts to question the defendants Waltham police officer DM Hart, officer A Mele and officer J Guigno.

24. The plaintiff request the United States District Court of Massachusetts to assist me in any way that the state can to help stop the Federal Government agencies physiological war on me.

25. The plaintiff request United States District Court of Massachusetts to have some attorney or state agency help me set up a web site to receive donation to 5013c non-profit Michael Sullivan Civil Rights Defense fund. So I can request donations from people that receive my emails to hire an attorney to represent me.

26. The U.S intelligence agency or Congress has prevented me from setting up my web site since March 1 2017. I have been unable to use cell phone for 3 years. I didn't use a house phone for over a year as my calls were rerouted.

27. The plaintiff request United States District Court of Massachusetts to help me retrieve all my return emails Senator Sanders has receive from paecfullness8@gmail.com since it was establish in January 2013. These people have been unable to contact me.

28 I hand deliver a letter to Senator Sanders Vermont office on February 2 2017 requesting all my return emails so I could hire a civil rights attorney. Senator Sanders has not responded. Exhibit E Letter to Senator Sanders

29. I email Senator Sanders in October 2016 when I realize Senator Sanders was raising money for over 15 candidates in Democracy for America Pac: I requested all email contacts that Democracy for American has receive from my email peacefulness8@gmail.com and funds they have raise from my email contacts. Exhibit F

30. The plaintiff would like United States District Court of Massachusetts to know that I have head injury that cause me to go own Social Security Disability Income since 2002. I had to stop my profession of a union plumbing work in 1997 and work part time for five years.

31. The Plaintiff request the United States District Court of Massachusetts to consider my head injury and the constant physiological war on me that hinders my ability to file my complaint properly. Massachusetts County of Middlesex

Sign _Michael Sullivan_ June 8 2017

Michael Sullivan
10 Trimount Ave
Waltham Ma 02451 781 209 0354 peacefullness8@gmail.com

On this 8 Day of June, 2017, before me, the undersigned notary public, personally appeared Michael H. Sullivan, proved to me through satisfactory evidence of identification, which were, MA Drivers License, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of (his) (her) knowledge and belief.

_____ (Official signature and seal of notary)

My commission expires February 9, 2018