UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL SULLIVAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OFFICER D.M. HART 9361, et al., ) <br> ) <br> Defendants. ) | Civil Docket No. 17-11060-LTS |

ORDER

July 11, 2017

SOROKIN, D.J.

For the reasons stated below, this case is DISMISSED WITHOUT PREJUDICE.

On June 8, 2017, Michael Sullivan, who is proceeding *pro se*, filed a civil complaint [#1] against three Waltham police officers, alleging they did not properly investigate or otherwise respond to his reports that federal intelligence agencies are waging "psychological warfare" on him. Sullivan also filed motions for leave to proceed *in forma pauperis* [#2] and for the appointment of counsel [#4]. Summonses have not issued pending resolution of the filing fee and a preliminary review of the complaint. *See* 28 U.S.C. § 1915(e)(2).

On June 19, 2017, Sullivan filed a document captioned as a motion for dismissal [#6], which appears to be a request from the plaintiff that this action be dismissed. Treating this motion as a notice of voluntary dismissal pursuant to Rule 41(1)(A)(i) of the Federal Rules of Civil Procedure, the Court GRANTS the motion and orders that this action be DISMISSED WITHOUT PREJUDICE. The pending motions shall be terminated as moot.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT JUDGE